AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**TOMMY NGUYEN        NHAN THANH NGUYEN**

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge

and belief.  On or about _____**July 13, 2005**_____ in ___**WASHINGTON**___ county, in the _____ District of

___**COLUMBIA**___ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture  and  substance containing a detectable amount of MDMA, a Schedule I controlled substance.**

in violation of Title _____**21**_____ United States Code, Section(s) _____**841(a)(1)**_____ .

I further state that I am _____**OFFICER STEVEN MANLEY**_____, and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes    ☐ No

Signature of Complainant
**OFFICER STEVEN MANLEY**
**MAJOR NARCOTICS BRANCH, MPD**

Sworn to before me and subscribed in my presence,

_____        at        **Washington, D.C.**_____
**Date**                                                                                          City and State

_____
**Name & Title of Judicial Officer**

_____
**Signature of Judicial Officer**