**STATEMENT OF FACTS**

On Wednesday, July 13, 2005, a confidential informant (CI) working with an undercover officer with the Metropolitan Police Department's Major Narcotics Branch arranged to purchase 850 ecstacy pills from defendant Tommy Nguyen for $8,500.00 at 13th and G Streets, N.W., Washington, D.C. Once in the area, defendant Tommy Nguyen got into the undercover officer's car, and the undercover officer showed the defendant the $8,500.00 in pre-recorded MPDC funds. The defendant instructed the undercover officer to drive to 14th and F Streets, N.W. where defendant Tommy Nguyen got out of the car, and defendant Nhan Nguyen walked over to Tommy. Defendant Nhan Nguyen handed the other defendant one plastic ziplock containing 2 pink pills. Defendant Tommy Nguyen then gave the pills to the CI, who gave them to the undercover officer. Both defendants and the CI then entered a black Acura, and while inside of the car, the defendant showed the CI one black bag with a large plastic bag containing numerous pills. Officers stopped the defendants, and recovered a black plastic bag with a large plastic bag containing 847 pink pills. The pills field tested positive for the presence of MDMA. Officers placed both defendants under arrest.

My bases for believing that defendants distributed pills containing MDMA ("methylenedioxy-methamphetamine"), as described in this statement of facts, are as follows:(1) the negotiations between defendants and the CI specifically were for "ecstacy," which is a street name for MDMA; (2) after defendants actually distributed the pills, another police officers subjected some to a field test, and that showed that the pills contained a methamphetamine, such as MDMA; for some years, I have taken part in police narcotic investigations involving illegal distribution of MDMA in the form of "ecstacy pills," and I am able to recognize such pills upon sight. In particular, such pills can be identified by their size, color, appearance, and the common presence of unusual and distinctive markings imprinted on the surface of the pills. The suspected ecstacy pills bore all of these signs of being ecstacy, in particular the unusual markings.

In the course of my experience and training, I have learned that MDMA is a classified as a Schedule I controlled substance under the federal Controlled Substances Act ("CSA"), 21 U.S.C. § 801, *et seq*. This classification can be found in Code of Federal Regulations Information, 21 C.F.R. § 1308.11(d)(11).

_____
OFFICER STEVEN MANLEY
MAJOR NARCOTICS BRANCH, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __ DAY OF JULY, 2005.

_____
U.S. MAGISTRATE JUDGE