United States District Court for the District of Columbia

| | |
|---|---|
| United States of America | * |
| | * |
| | * |
| | *  CASE No. |
| Versus | *  Offense Tracking No. |
| | *  ~~305875~~  05-398-01M (DAR) |
| | * |
| | * |
| Tommy Nguyen | * |
| Defendant | * |

RECEIVED JUL 18 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Praecipe
Notice of Appearance

FILED
JUL 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of the Court:

Will the clerk of the court enter the appearance of the undersigned attorney as the attorney for the defendant, Tommy Nguyen.

Respectfully,

Due H. Tran, DC Bar #467942
Attorney for the Defendant
2500 Virginia Ave NW, Ste 906
Washington, DC 20037-1901
Tel. 703.786.0373
Email: dhtlaw@comcast.net

Certificate of Service

I hereby certify that the foregoing hand delivered to the State's Attorney Office this 18th day of July 2004.