United States District Court for the District of Columbia

| | |
|---|---|
| United States of America | * |
| | * |
| | * |
| Versus | * Offense Tracking No. |
| | * ~~305875~~  05-398-01M (DAR) |
| | * |
| | * |
| Tommy Nguyen | * |
| Defendant | * |

### Praecipe
### Notice of Appearance

Clerk of the Court:

Will the clerk of the court enter the appearance of the undersigned attorney as the attorney for the defendant, Tommy Nguyen.

Respectfully,

*/s/ Due Tran*

Due H. Tran, DC Bar #467942
Attorney for the Defendant
2500 Virginia Ave NW, Ste 906
Washington, DC 20037-1901
Tel. 703.786.0373
Email: dhtlaw@comcast.net

### Certificate of Service

I hereby certify that the foregoing hand delivered to the State's Attorney Office this 18th day of July 2004.