UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-305(RBW) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **TOMMY NGUYEN &** | : | |
| **NHAN THANH NGUYEN** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney David P. Cora, telephone number (202)616-3302. This is also notice of his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    Bar No. 451058

    _____

    David P. Cora
    Assistant United States Attorney
    D.C. Bar No. 445410
    Narcotics Section
    555 4th Street, N.W.  #4116
    Washington, DC 20001
    (202) 514-7066/ Fax: 514-8707

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Filing upon Dani Jahn, Federal Public Defender, counsel for the defendants on this 26th day of August, 2005.

    _____
    DAVID P. CORA
    ASSISTANT UNITED STATES ATTORNEY