UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-305 (RBW)** |
| | : | |
| v | : | |
| | : | |
| **TOMMY NGUYEN &** | : | |
| **NHAN THANH NGUYEN** | : | |

## NOTICE OF FILING

The United States of America, by its undersigned Assistant United States Attorney, requests that the attached discovery letter dated August 26, 2005, be made part of the record in this case. The attachments to the Discovery Letter will be hand served on Defense Counsel in court.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
David P. Cora
Assistant United States Attorney
Narcotics Section, Fla.  Bar No. 471623
555 4th Street, N.W.  #4840
Washington, DC 20530
(202)616-3302
Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Filing upon defense counsel, Dani Jahn, Federal Public Defender for the defendants on this 26th day of August, 2005.

_____
David P. Cora
Assistant United States Attorney