UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-305 (RBW) |
| : | |
| v : | FILED |
| : | NOV 2 2005 |
| TOMMY NGUYEN : | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### GOVERNMENT'S PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Proffer in Support of Guilty Plea. Had this case been called to trial, the government would have presented the following:

On July 13, 2005, Defendant Tommy Nguyen agreed with his co-defendant, Nhan Nguyen, to sell 850 pills of MDMA (Ecstacy) for $8,500, to a person who proved to be a confidential informant working with a MPD undercover officer. Defendant agreed to meet at 15th and L Street, N.W., Washington, DC, and arrived there in a black Nissan Maxima at approximately 4:25 pm. Defendant approached the confidential informant and the undercover officer, who were both sitting in a motor vehicle. Defendant asked if the undercover officer if "he was the police." After a brief discussion, Defendant entered the motor vehicle. During the ensuing discussion, Defendant indicated that he did not have the Ecstacy on him, and that he wanted the money fronted, that he should be followed to another location. After further discussions, the Defendant saw the $8,500. Defendant exited the motor vehicle when a uniformed parking enforcement officer approached the motor vehicle, and returned after the parking officer left, agreeing to meet later at 16th and U Street at 8:00 pm.

Afterwards, defendant arranged a meeting at Hechts's (13th and G, N.W). At approximately

1

8:05 p.m.. Defendant appeared, and further discussed the sale of the Ecstacy. Defendant called his co-defendant, Nhan Nguyen, and then said to drive to the 600 block of 14th Street, N.W., where he called Nhan Nguyen, who was standing nearby. Defendant approached Nhan Nguyen, and took Ecstacy pills from him, and handed them to the confidential informant, and then to the undercover officer.

Defendant took the $8,500 from the undercover officer and entered Nhan Nguyen's nearby Acura. The confidential informant got into the Acura, with Defendant and Nhan Nguyen, where the two were stopped by law enforcement officers. Inside the Acura were 800+ pills of MDMA (Ecstacy).

_____
GREGORY ENGLISH
Counsel for the Defendant

Respectfully Submitted,

_____
DAVID P. CORA
Assistant United States Attorney

_____
TOMMY NGUYEN
Defendant