IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 05-305 (RBW) |
| TOMMY NGUYEN, | : |
| Defendant | : |

### ORDER

The District of Columbia Department of Corrections is hereby ordered to immediately transfer inmate Tommy Nguyen, DCDC No. 305-875, from the D.C. Jail to CTF. Inmate Nguyen is to remain there until his sentencing date of January 31, 2006.

SO ORDERED, this ____ day of November, 2005.

REGGIE B. WALTON
United States District Judge